C. EMMETT MAHLE, SB#104069
Attorney at Law
901 H Street, Suite 203
Sacramento, CA 95814
(916) 447-1646

Attorney for Defendant
JOSEPH J. LEONE

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Case No.: Cr. CR S-07-510 |
| Plaintiff, | STIPULATION AND (PROPOSED) ORDER. |
| vs. | |
| **JOSEPH JOHN LEONE, et al.** | |
| Defendants. | |

STIPULATION

This matter is scheduled for Status Conference on December 7, 2007, at 9:00 a.m., in the courtroom of the Honorable Garland E. Burrell, Jr.  I have contacted counsel for the co-defendant and counsel for the United States, AUSA Mary Grad, and they have all agreed, subject to the court's approval, to continue this matter until January 25, 2008, at 9:00 a.m.

All parties hereby agree and stipulate to a continuance of the Status Conference that is scheduled for December 7, 2007, to January 25, 2008, at 9:00 a.m. in the courtroom of the Honorable Garland E. Burrell, Jr. They further stipulate to the exclusion of time through that date pursuant to Local Code T-4, as the above continuance is necessary for preparation of counsel.

STIP & ORDER

- 1

DATED:   12-06-07                            /s/ C. Emmett Mahle

                                         C. EMMETT MAHLE
                                         Attorney for Defendant
                                         JOSEPH JOHN LEONE


DATED:   12-06-07                            /s/ Dwight Samuel
                                         DWIGHT SAMUEL
                                         Attorney for Defendant
                                         MORRIS FRAZIER


DATED:   12-06-07                            /s/ Mary Grad
                                         MARY GRAD
                                         Assistant U.S. Attorney


## (PROPOSED) ORDER

      GOOD CAUSE APPEARING, and by stipulation of all counsel, the Status Conference that is scheduled for December 7, 2007, at 9:00 a.m., is hereby continued to January 25, 2008, at 9:00 a.m., in the courtroom of the Honorable Garland E. Burrell, Jr.   Time is excluded through that date pursuant to Local Codes T-4 for preparation of counsel.


DATED: December 7, 2007

                                         GARLAND E. BURRELL, JR.
                                         United States District Judge