```
McGREGOR W. SCOTT
United States Attorney
MARY L. GRAD
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2763
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSEPH JOHN LEONE,<br><br>    Defendant.<br>_____ | CR. No.  2:07-CR-510 GEB<br><br>STIPULATION AND PROPOSED ORDER<br>TO CONTINUE SENTENCING AND<br>AMEND THE DISCLOSURE SCHEDULE |

Defendant Joseph Leone, through his counsel of record, C. Emmett Mahle, and the government, through its counsel, Assistant U.S. Attorney, Mary L. Grad, agree that the Judgment and Sentencing set for November 14, 2008 be continued to January 9, 2009 at 9:00 a.m.

In addition, it is agreed that the Schedule for Disclosure of the Presentence Report is amended as follows:

| | |
|---|---|
| Judgment and Sentencing: | 1/9/09 |
| Reply of Statement of No Opposition: | 12/31/08 |
| Motion to Correct Presentence Report | 12/24/08 |
| Presentence Report Filed with the Court: | 12/19/08 |
| Counsel's Written Objection to Probation: | 12/12/08 |
| Proposed Presentence Report to counsel: | completed |

////

1

```
DATED: _____          /s/    C. Emmett Mahle
                                      C. EMMETT MAHLE
                                      Attorney for Defendant


DATED: _____          McGREGOR W. SCOTT
                                      United States Attorney


                                      By:  /s/ Mary L. Grad _____
                                         MARY L. GRAD
                                         Assistant U.S. Attorney
```

IT SO ORDERED.

Dated: October 24, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge