C. EMMETT MAHLE, SB#104069
Attorney at Law
901 H Street, Suite 203
Sacramento, CA 95814
(916) 447-1646

Attorney for Defendant
JOSEPH J. LEONE

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Case No.: Cr. CR S-07-510 |
| Plaintiff, | STIPULATION AND (PROPOSED) ORDER. |
| vs. | |
| **JOSEPH JOHN LEONE,** | |
| Defendant. | |

STIPULATION

Defendant has requested that the court recommend incarceration at FCI Lompoc instead of FCI Atwater.  The Government has no objection to this recommendation.

DATED:   1-14-09            /s/ C. Emmett Mahle

                             C. EMMETT MAHLE
                             Attorney for Defendant
                              JOSEPH JOHN LEONE

DATED:   1-14-09             /s/ Mary Grad
                             MARY GRAD
                             Assistant U.S. Attorney

STIP & ORDER

- 1

(PROPOSED) ORDER

GOOD CAUSE APPEARING, and by stipulation of all counsel, The court recommends to the Bureau of Prisons that defendant Joseph Leone be incarcerated at FCI Lompoc instead of FCI Atwater.

DATED: 1/16/09

GARLAND E. BURRELL, JR.
United States District Judge

STIP & ORDER

- 2