C. EMMETT MAHLE, SBN 104069
Attorney at Law
901 H Street, Suite 203
Sacramento, CA 95814
(916) 447-1646

Attorney for Defendant

UNITED STATED DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:07-00510-GEB |
| Plaintiff, | REQUEST FOR ORDER AND ORDER EXONERATING BOND |
| vs. | |
| JOSEPH JOHN LEONE, | |
| Defendant | |

I, C. EMMETT MAHLE, Declare as follows,

On or about November 13, 2007, a $100,000.00 appearance bond, secured by a deed against real property of My-Linh Dang-Andres, was posted on behalf of Defendant Joseph Leone, No. 2:07-00510-GEB. Said defendant had been arrested based upon an indictment issued in this district. On January 28, 2009, the defendant was sentenced in this case to the federal penitentiary for a period of 48 months and is currently in the federal bureau of prison's custody.

It is hereby requested that the $100,000.00 secured appearance bond be exonerated in this case and that the Clerk of the District Court be directed to reconvey back to the Trustors the deed of trust received by the clerk on or about November 13, 2007.

Dated: February 19, 2009

__/s/_____
C. EMMETT MAHLE
Attorney for Defendant

- 1

IT IS HEREBY ORDERED that the bail bond in the amount of $100,000.00 posted by My-Linh Dang-Andres and secured by a Deed of Trust for her home, as described below, is hereby exonerated.

Dated: 2/26/09

GARLAND E. BURRELL, JR
UNITED STATES DISTRICT JUDGE

Property Description

Lot 10 as shown on the map of "Excelsior Ranch Estates," recorded in book 245 of maps, map no. 9, records of Sacramento County.  APN 123-0210-010.  Property Address 10510 Silent Wings Way, Sacramento, CA 95830.